**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

THEODORE BROWN,

     Plaintiff,

    v.

UNITED STATES OF AMERICA,

     Defendant.

CIVIL ACTION NO.: 4:25-cv-282

**O R D E R**

On March 9, 2026, the Court entered an Order transferring this case to the United States District Court for the Middle District of Florida. (Doc. 7.)  Following transfer, on March 20, 2026, Plaintiff filed a notice asking the Court to terminate this case. (Doc. 8.)  Because the case is no longer pending before this Court, the request to this Court is **DENIED as moot**.

**SO ORDERED**, this 24th day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA